IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DELTA EADY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No.  02-1225-MJR |
| | ) | |
| **KATHLEEN SAWYER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

The U.S. Marshals Service was ordered to effect service of process upon the defendant(s) in the above-captioned case.  The Marshals Service has been informed by the Federal Bureau of Prisons that **E. Carter, E.L. Hughston, C. Gilkey, Jeter, Kieffer, M. Lashbrook, Nuedeck, Osborn and G.L. Hershberger** are no longer employed by the Federal Bureau of Prisons.  Before the Court is a Notice and Request from the U.S. Marshals Service requesting a Court Order directing the **Federal Bureau of Prisons**  to provide the last know address for defendants **E. Carter, E.L. Hughston, C. Gilkey, Jeter, Kieffer, M. Lashbrook, Nuedeck, Osborn and G.L. Hershberger**  (Docs.  37 and 38)**.**  Defendant's address will be kept in confidence by both the Marshals Service and the Clerk of Court, and will only be used to effect service and to conduct the usual business of the Court.

**IT IS HEREBY ORDERED** that for good cause shown, and in accord with *Graham v. Satoski*, 51 F.3d 710 (7th Cir. 1995), on or before **January 27, 2006**, the Federal Bureau of Prisons shall provide the U.S. Marshals Service with the last known address of **E. Carter, E.L. Hughston, C. Gilkey, Jeter, Kieffer, M. Lashbrook, Nuedeck, Osborn and G.L.**

**Hershberger**.  The U.S. Marshals Service can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.

    **IT IS FURTHER ORDERED** that the Marshals Service shall reveal the address to the Clerk of Court as necessary for the conduct of routine business, otherwise Defendant's address shall be retained by the Marshals Service.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the U.S. Marshals for the Southern District of Illinois, as well as the Director of the Federal Bureau of Prisons and the Human Resources Office of the Federal Bureau of Prisons, both at 320 First Street  NW, Washington, DC, 20534.  Copies shall also be mailed to all attorneys of record.

    **IT IS SO ORDERED.**

    DATED:	December 27, 2005

                                       **s/ Clifford J. Proud**
                                       **CLIFFORD J. PROUD**
                                       **U. S. MAGISTRATE JUDGE**