IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DELTA L. EADY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **02-1225-MJR** |
| ) | |
| **BUREAU OF PRISONS, et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for an extension of time to file his response to the defendants' motion to dismiss. **(Doc. 139).** Plaintiff asserts that his copy of the defendants' motion was confiscated, and he has been unable to formulate a response.

Also before the Court is the defendants' motion to extend the time for discovery and the dispositive motion deadline. **(Doc. 141).** Also before the Court is a supplement to the aforementioned motion, which appears to abandon the request to extend the discovery period, while requesting that the dispositive motion deadline be extended to a date 30 days after the defendants' pending motion to dismiss for failure to exhaust administrative remedies. **(Doc. 142, p. 2).**

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to respond to defendants' motion to dismiss **(Doc. 139)** is **GRANTED**; plaintiff shall file his response on or before **August 22, 2007**. No further extensions will be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff a copy of the

defendants' motion to dismiss **(Docs. 135)**.

**IT IS FURTHER ORDERED** that, for good cause shown, the defendants' motion to extend the time for discovery and the dispositive motion deadline **(Doc. 141)** is **GRANTED IN PART AND DENIED IN PART**. Insofar as defendants appear to have abandoned their request to extend the period for discovery, the motion is denied; discovery has closed. All dispositive motions shall be filed within 30 days of the date the defendants' motion to dismiss **(Doc. 135)** is ruled on by Chief U.S. District Judge G. Patrick Murphy.

**IT IS SO ORDERED.**

**DATED: July 30, 2007**

                **s/ Clifford J. Proud**
                **CLIFFORD J. PROUD**
                **U. S. MAGISTRATE JUDGE**